UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 13–31832
                                                         Chapter 7
Tanya Dixon,

    Debtor.

# NOTICE OF DEFICIENCY

This notice identifies one or more deficiencies of the petition in the above–referenced case.

**1. Fees** – New case fees to be paid in installments must be accompanied by an application to pay in installments. This case is subject to immediate dismissal if the fee is not submitted within 36 hours. [LBR 1006–1, Bankr. M.D. Ala.]

    ☐ Chapter 7 Filing Fee ($335)    ☐ Initial Installment ($50 minimum)

**2.** ☐ **Application to Pay Filing Fees in Installments** (Official Form 103A) Debtor must be an individual and must submit a signed application with the petition for court approval [Fed. R. Bankr. P. 1006(b)]

**3.** ☐ **Application to Have the Chapter 7 Filing Fee Waived** (Official Form 103B) For individuals who cannot pay the filing fee in full or in installments. The case is subject to immediate dismissal if the application is not submitted within 72 hours. [28 U.S.C. §1930(f) and Fed. R. Bankr. P. 1006(c)]

**4. Debtor's and/or Debtor's Attorney's Information**
    ☐ Debtor's address and/or phone number is missing or incomplete
    ☐ Attorney's address and/or phone number is missing or incomplete
    ☐ Official Form 121, Statement About Your Social Security Numbers, is missing (pro se debtors only)

**5. Declarations and Signatures** – Must be submitted within 14 days
    ☐ Signature of Debtor, Whether Represented by Attorney or Acting Pro Se (page 6 of petition, Official Form 101)
    ☐ Debtor's Attorney's Signature (page 7 of petition, Official Form 101)
    ☐ Additional Signature of Pro Se Debtor, (page 8 of petition, Official Form 101)
    ☐ Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
    ☐ Bankruptcy Petition Preparer's Notice, Declaration and Signature (Official Form 119)

**6.** ☐ **Names and Addresses of All Creditors of the Debtor** – Must be submitted within 72 hours

**Continued, see page 2**

Case No. 13−31832
Chapter 7

Tanya Dixon

---

**7.** ☑ **Statement of Monthly Income** − Must be submitted within 14 days Chapter 7 Statement of Your Current Monthly Income and Means Test Calculation (Official Form 122A−1) [11 U.S.C. §521(a)(1)(B)(v) and Fed. R. Bankr. P. 1007(b)]

**8.** ☐ **Payment Advices** − Must be submitted within 14 days
Debtor must submit either **(a)** copies of all payment advices or other evidence of payment received by the debtor from any employer of the debtor within 60 days before the date of the filing **or (b)** a statement concerning payment advices. (see local forms) [11 U.S.C. §521(a)(1)(B)(iv) and Fed. R. Bankr. P. 1007(b)]

**9. Schedules and Other Documents** − Must be submitted within 14 days
[11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(b) and (c)]

| | | |
|---|---|---|
| ☐ 106Sum | ☐ Schedule E/F | ☐ Schedule J |
| ☐ Schedule A/B | ☐ Schedule G | ☐ Schedule J−2 (required if you are joint debtors living in separate households) |
| ☐ Schedule C | ☐ Schedule H | |
| ☐ Schedule D | ☐ Schedule I | |

**10.** ☐ **Statement of Financial Affairs for Individuals Filing for Bankruptcy** (Official Form 107)− Must be submitted within 14 days [Fed. R. Bankr. P. 1007(b) and (c)]

**11.** ☐ **Declaration Re: Electronic Filing of Petition, Schedules & Statements** (ALMB 1) Must be signed by the debtor and debtor's attorney, and must be submitted within 14 days

**12.** ☐ **Disclosure of Compensation of Attorney for Debtor** (Form 2030)
Must be submitted within 14 days or any other date set by the court [11 U.S.C. §329 and Fed. R. Bankr. P. 2016(b)]

**13.** ☐ **Disclosure of Compensation of Bankruptcy Petition Preparer** (Form 2800)
Must be filed with the petition if a bankruptcy petition preparer prepares the petition [11 U.S.C. §110(h)(2)]

**14.** ☐ **Statement of Intention for Individuals filing Under Chapter 7** (Official Form 108)
Required if the debtor is an individual and the schedule of assets and liabilities contains consumer debts secured by property of the estate. This statement must be submitted within 30 days or by the date set for the Section 341 meeting of creditors, whichever is earlier. [Fed. R. Bankr. P. 3015]

**15.** ☐ **Documents are Not Legible**

**16.** ☐ **Other:**

Dated: July 27, 2017

**ndef7vi** [Notice of Deficient Filing Chapter 7 Individual effective 12/1/2015]